# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

DANNY DELEON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-0533

_____

July 31, 2024

Appeal from the Circuit Court for Hillsborough County; Christine A. Marlewski, Judge.

Bryant A. Scriven of Scriven Law, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee.

PER CURIAM.

    Affirmed.

SLEET, C.J., and LaROSE and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.